**EXHIBIT A**

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 071104 26
Date purchased 7/30/07

Victor Delgado

Plaintiff(s) designate(s)
New York
County as the place of trial.
The basis of the venue is Plaintiff's Residence

*Plaintiff(s)*

against

1-A. Korenegay Senior House HDFC
c/o Prestige Management Inc.
2-Realty Advisory Board on Labor
Relations, Inc.
3-Local 32BJ – Service Employees
International Union

*Defendant(s)*

**Summons with Notice**

Plaintiff(s) reside(s) at
2101 Lexington Ave.

County of New York

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within        days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, July 10, 2007

Marino & Veneziano
Attorney(s) for Plaintiff
Victor Delgado
Office and Post Office Address
163 West 71 Street
New York, NY 10023
(212)873-7297

Defendant's address:   3485 East Tremont Ave.
                       Bronx, NY 10465
7 Penn Plaza
New York, NY          101 Avenue of Americas
Suite 301             New York, NY

Notice: The nature of this action is

Action to vacate or modify the arbitration decision & award.

The relief sought is

To vacate or modify the arbitration decision & award.

NEW YORK
COUNTY CLERK'S OFFICE
JUL 30 2007
NOT COMPARED
WITH COPY FILE

Upon your failure to appear, judgment will be taken against you by default for the sum of $           with interest from                              19        and the costs of this action.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF                              SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at

That on                              at              M., at
deponent served the within summons,                              on                                                                  defendant

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a                              corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                              thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                              a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                              and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*Sworn to before me on*                              Print name beneath signature. ........................................

LICENSE NO. ........................................

---

*Index No.*

Victor Delgado

*Plaintiff(s)*

*against*

1-A. Korenegay Senior House HDFC
c/o Prestige Management Inc.
2-Realty Advisory Board on Labor
Relations, Inc.
3-Local 32BJ - Service Employees
International *Defendant(s)*
Union

**Summons with Notice**
ACTION NOT BASED UPON A
CONSUMER CREDIT TRANSACTION

Marino & Veneziano
*Attorney(s) for Plaintiff(s)*
Victor Delgado
*Office, Post Office Address and Tel. No.*
163 West 71 Street
New York, NY 10023
(212)873-7297

NEW YORK COUNTY CLERK'S OFFICE
JUL 30 2007
NOT COMPARED WITH COPY FILE

VICTOR DELGADO
        Plaintiff

-against-

1) A. Korenegay Senior House HDFC
c/o Prestige Management Inc.
2) Realty Advisory Board on Labor Relations, Inc.
3) Local 32BJ - Service Employees International Union

**COMPLAINT**

INDEX # 07 110426

Plaintiff by his attorneys Marino & Veneziano, Esqs. 163 West 71st Street, New York, NY 10023 allege as follows:

1. That Victor Delgado is a resident of New York City.

2. That the defendants are all residences and or have their place of business in the County of New York, State of New York.

3. On or about May 4, 2007 an opinion and award was rendered by the arbitrator on behalf of the employer and against Victor Delgado, employee. A copy of the opinion and ward is attached.

4. We are submitting this affirmation in support of our action to vacate or modify the arbitrators opinion and award.

5. I am the attorney for Victor Delgado was present at the arbitrators office on the date of the hearing. I advised all parties that I was the attorney for Victor Delgado and I was substituting the former attorney.

Pursuant to the union rules, I was entitled to an automatic adjournment of the arbitration hearing and I requested such an adjournment. My request for an adjournment was the 1st request for an adjournment of the arbitration hearing. My request was denied. I spoke to the attorney for the union and I requested that the arbitration be adjourned and that our firm be allowed to represent Victor Delgado individually or as co-counsel with the union's attorney. My request was denied.

NEW YORK COUNTY CLERK'S OFFICE
JUL 30 2007
NOT COMPARED WITH COPY FILE

I subsequently requested that the arbitration hearing be stayed so that Victor Delgado can present additional evidence which may affect the outcome of this case and/or that the pending matter be stayed until there is a decision by the Human Rights Commission on a similar matter pending before the Human Rights Commission.

The evidence that we were prevented from presenting to the arbitration was documentation that Victor Delgado was an excellent employee and that his firing was retaliation for the correct actions of Victor Delgado.

6. The arbitrators decision and award resulted in Victor Delgado in the termination of Victor Delgado's employment and that he was entitled to severance pay. The amount of severance pay was not determined.

Wherefore, it is respectfully requested that the arbitrators decision and award be vacated or modified to the extent that additional time be granted to Victor Delgado vacate the premises and that a substantial amount be granted to Victor Delgado for severance pay plus attorney fees and moving expenses.

Dated: New York, New York
       July 25, 2007

Respectfully,

_____
Amelio P. Marino

Marino 7 Veneziano
163 West 71st Street
New York, NY 10023
(212) 873-7297

STATE OF NEW YORK, COUNTY OF                                          SS.:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney** certify that the within

has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** state that I am

the attorney(s) of record for                                                                                     in the within

action; I have read the foregoing                                                         and know the contents thereof;
the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

STATE OF NEW YORK, COUNTY OF New York    SS.:

I, the undersigned, being duly sworn, depose and say: I am Victor Delgado

☑ **Individual Verification** in the action; I have read the foregoing Complaint

and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the                                      of

a                                          corporation and a party in the within action; I have read the foregoing
and know the contents thereof; and the same is true to my own knowledge,
except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Dated 7/28/07

Sworn to before me on

AMELIO P. MARINO
Notary Public, State of New York
No. 02MA7716880
Qualified in New York County
Certificate Filed in New York County
Commission Expires June 30, 20__

Victor Delgado

STATE OF NEW YORK, COUNTY OF                                          SS.:   (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

On                                      I served the within

☐ **Service By Mail** by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ **Service by Electronic Means** by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.