UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTOR DELGADO,

        Plaintiff,

    v.                                       **RULE 7.1 STATEMENT**

A. KORENEGAY SENIOR HOUSE HDFC,
C/O PRESTIGE MANAGEMENT INC., REALTY
ADVISORY BOARD ON LABOR RELATIONS,
LOCAL 32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION,

        Defendants.
------------------------------------------------------------X



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Service Employees International Union, Local 32BJ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    NONE

Date: 8/31/2007

Signature of Attorney