JUDGE CHIN

07 CIV 7761

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTOR DELGADO,

        Plaintiff,

   v.                                             **AFFIDAVIT OF SERVICE**

A. KORENEGAY SENIOR HOUSE HDFC,
C/O PRESTIGE MANAGEMENT INC., REALTY
ADVISORY BOARD ON LABOR RELATIONS,
LOCAL 32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION,

        Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

       I, the undersigned, being sworn, depose and say:

       I am not a party to the action, am over 18 years of age and reside in Richmond County.

       On August 31, 2007 I served the within Notice of Removal of a Civil Action by depositing a true copy thereof in an official depository under the exclusive care and custody of United Parcel Service for overnight delivery, addressed to each of the following persons at the last known address set forth after each name:

To:    Amelio P. Marino, Esq.
        Marino & Veneziano
        163 West 71st Street
        New York, NY 10023
        [Attorneys for Plaintiff Victor Delgado]

        Howard Rothschild, Esq.
        Realty Advisory Board on Labor Relations, Inc.
        292 Madison Avenue
        New York, NY 10017
        [Attorneys for Defendants Realty Advisory Board on Labor Relations, Inc. and A. Korenegay Senior House HDFC]

Robert A. Sparer, Esq.
Clifton, Budd & DeMaria, LLP
420 Lexington Avenue
New York, NY 10170

A. Korenegay Senior Houses HDFC
2101 Lexington Avenue
New York, NY 10035

Prestige Management Inc.
3485 Tremont Avenue
Bronx, NY 10465

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Melissa Beyer

Sworn to before me this
31st day of August 2007

_____
Notary Public

LYLE D. ROWEN
Notary Public State of New York
No. 02RO6118383
Qualified in New York County
Commission Expires November 8, 20 08