Howard I. Rothschild (6008)
Attorney for Defendants
Realty Advisory Board On Labor Relations, Inc.
292 Madison Avenue
New York, New York 10017
Tel.:   (212) 889-4100

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTOR DELGADO,                                        :
                                                       :
              Plaintiff,                             :
                                                       :  Docket No. 07-CV-7761 (DC) (MHD)
              v.                                     :
                                                       :  FED. R. CIV. P. RULE 7.1 DISCLOSURE
A. KORENEGAY SENIOR HOUSE HDFC,                        :
REALTY ADVISORY BOARD ON                               :
LABOR RELATIONS, INC. and LOCAL                        :
32BJ – SERVICE EMPLOYEES                               :
INTERNATIONAL UNION,                                   :
              Defendants.                            :
                                                       :
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorn of record for Defendants A. Korenegay Senior House HDFC and Realty Advisory Board On Labor Relations, Inc.  certifies that there are no corporate parents, subsidiaries or affiliates of those parties that are publicly held.

Dated: New York, New York
       September 5, 2007

                                                            _____
                                                            Howard I. Rothschild (6008)
                                                           Attorney for Defendants A. Korenegay
                                                           Senior House HDFC and Realty Advisory
                                                           Board On Labor Relations, Inc.
                                                           292 Madison Avenue
                                                           New York, New York  10017
                                                           Tel.:   (212) 889-4100