# Marino & Veneziano

**ATTORNEYS AT LAW**
163 West 71st Street
New York, New York 10023

| | | |
|---|---|---|
| **Amelio P. Marino** | (212) 873-7297 | Fax: (212) 721-9060 |
| **Ronald J. Veneziano** | (212) 873-7298 | |

September 10, 2007

Honorable Denny Chin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street-Room 1020
New York, New York 10007

          Re: Delgado <u>vs</u>. A. Korengay Senior House
          #07-CV 7761 (D.C.) HDFC, et al

         <u>Re: Pre-Motion Conference</u>

      Please be advised that I received the letter dated September 6, 2007 requesting a pre-motion conference and I have no objection to such a conference.

      I do object to the fact that the said letter also discusses the case in detail which is inappropriate.

      The fact that the counsel intends to file pre-motions is a matter for the pre-motion conference.

      At this time I do not feel that it is appropriate to discuss any possible motions to be made by opposing counsel. In any event, I stand by the Plaintiff's position with regard an attorney of his own choosing.

      Please advise me as to the date of the pre-motion conference.

                  Respectfully,

                  _____

                  Amelio P. Marino

cc: Lyle D. Rowen, Esq.
    Associate General Counsel
    SEIU Local 32BJ
    101 Avenue of the Americas - 19 Fl.
    New York, NY 10013