Robert A. Sparer (1355)
Clifton Budd & DeMaria, LLP
Co-Attorneys for Defendant A. Korenegay Senior House HDFC
420 Lexington Avenue
New York, New York 10170
Tel.:   (212) 687-7410

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR DELGADO,                                        :
                                                       :
                           Plaintiff,                  :    Docket No. 07-CV-7761 (DC) (MHD)
                                                       :
              v.                                       :    **NOTICE OF APPEARANCE**
                                                       :
A. KORENEGAY SENIOR HOUSE HDFC,                        :
REALTY ADVISORY BOARD ON LABOR                         :
RELATIONS, INC. and LOCAL 32BJ –                       :
SERVICE EMPLOYEES INTERNATIONAL                        :
UNION,                                                 :
                           Defendants.                 :
------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as co-counsel for defendant A. KORENEGAY SENIOR HOUSE HDFC, as attorney of record.

Dated: September 18, 2007
     New York, New York

                                  CLIFTON BUDD & DeMARIA, LLP

                                  By: _____
                                      Robert A. Sparer (1355)
                                      Co-Attorneys for Defendant
                                      A. Korenegay Senior House HDFC
                                      420 Lexington Avenue, Suite 420
                                      New York, New York 10170-0089
                                      (212) 687-7410

To:    ~~Howard I. Rothschild~~
        Attorney for Defendants A. Korenegay Senior House HDFC and
        Realty Advisory Board On Labor Relations, Inc.
        292 Madison Avenue
        New York, New York 10017
        Tel.:   (212) 889-4100

To:  Marino & Veneziano
Attorneys for Plaintiff
163 West 71 Street
New York, New York 10023
(212) 873-7297

Lyle D. Rowen, Esq.
Associate General Counsel,
 SEIU, Local 32BJ
101 Avenue of the Americas, 19th Floor
New York, New York 10013
(212) 388-3452