Howard I. Rothschild (6008)
Attorney for Defendants A. Korenegay Senior House HDFC and
Realty Advisory Board On Labor Relations, Inc.
292 Madison Avenue
New York, New York 10017
Tel.:   (212) 889-4100

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR DELGADO,

                      Plaintiff,

                v.

A. KORENEGAY SENIOR HOUSE HDFC,
REALTY ADVISORY BOARD ON
LABOR RELATIONS, INC. and LOCAL
32BJ – SERVICE EMPLOYEES
INTERNATIONAL UNION,
                      Defendants.

------------------------------------------------------------x

Docket No. 07-CV-7761 (DC) (MHD)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as co-counsel for defendant A. KORENEGAY SENIOR HOUSE HDFC, and as counsel for defendant REALTY ADVISORY BOARD ON LABOR RELATIONS, INC. as attorney of record.

Dated:  September 18, 2007
       New York, New York

                                      _____
                                      Howard I. Rothschild (6008)
                                      Attorney for Defendants A. Korenegay
                                      Senior House HDFC and Realty Advisory
                                      Board On Labor Relations, Inc.
                                      292 Madison Avenue
                                      New York, New York  10017
                                      Tel.:   (212) 889-4100

To:    Robert A. Sparer (1355)
        Co-Attorneys for Defendant
        A. Korenegay Senior House HDFC
        420 Lexington Avenue, Suite 420
        New York, New York 10170-0089
        (212) 687-7410

To: Marino & Veneziano
   Attorneys for Plaintiff
   163 West 71 Street
   New York, New York 10023
   (212) 873-7297

   Lyle D. Rowen, Esq.
   Associate General Counsel,
    SEIU, Local 32BJ
   101 Avenue of the Americas, 19th Floor
   New York, New York 10013
   (212) 388-3452