| | |
|---|---|
| Howard I. Rothschild (6008)<br>Attorney for Defendants A. Korenegay<br>Senior House HDFC<br>292 Madison Avenue<br>New York, New York 10017<br>Tel.:  (212) 889-4100 | Robert A. Sparer (1355)<br>Clifton Budd & DeMaria, LLP<br>Attorneys for Defendants A. Korenegay<br>Senior House HDFC<br>420 Lexington Avenue, Suite 420<br>New York, New York 10170<br>Tel.:  (212) 687-7410 |

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTOR DELGADO,

                      Plaintiff,

                      Docket No. 07-CV-7761 (DC) (MHD)

      v.

A. KORENEGAY SENIOR HOUSE HDFC,
REALTY ADVISORY BOARD ON
LABOR RELATIONS, INC. and LOCAL
32BJ – SERVICE EMPLOYEES
INTERNATIONAL UNION,
                      Defendants.

DEFENDANT A. KORENEGAY SENIOR HOUSE HDFC'S NOTICE OF MOTION TO DISMISS

-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant will move this Court, at the United States Courthouse, located at 500 Pearl Street, New York, New York 10007 before the Honorable Denny Chin, on the 18th day of January 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard for an order granting judgment to Defendant A. Korenegay Senior House HDFC and dismissing the Amended Complaint in its entirety because the Amended Complaint fails to state a claim and Plaintiff lacks standing to prosecute this action.

      **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant relies on this Notice of Motion, Memorandum of Law in Support of Defendant A. Korenegay

1

Senior House HDFC's Motion to Dismiss and the Affirmation of Howard I. Rothschild in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that you are required to respond to this motion in writing and serve opposing affidavits and answering memoranda of law on the undersigned.

Dated: December 7, 2007
      New York, New York

                                            Howard I. Rothschild (6008)
                                            Attorney for Defendant A. Korenegay Senior House HDFC
                                            292 Madison Avenue
                                            New York, New York 10017
                                            Tel.:   (212) 889-4100

                                            CLIFTON BUDD & DeMARIA, LLP

                                            by: _____
                                            Robert A. Sparer (1355)
                                            Attorneys for A. Korenegay Senior House HDFC
                                            420 Lexington Avenue, Suite 420
                                            New York, New York 10170
                                            Tel.:   (212) 687-7410

To:    Marino & Veneziano
          Attorneys for Plaintiff
          163 West 71 Street
          New York, New York 10023
          (212) 873-7297

          Lyle D. Rowen, Esq.
          Associate General Counsel,
           SEIU, Local 32BJ
          101 Avenue of the Americas, 19th Floor
          New York, New York 10013
          (212) 388-3452