Howard I. Rothschild (6008)
Attorney for Defendant A. Korenegay Senior House HDFC
292 Madison Avenue
New York, New York 10017
Tel.:   (212) 889-4100

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTOR DELGADO,

                Plaintiff,

                      Docket No. 07-CV-7761 (DC) (MHD)

    v.

                      AFFIRMATION IN SUPPORT OF MOTION

A. KORENEGAY SENIOR HOUSE HDFC,    TO DISMISS
REALTY ADVISORY BOARD ON
LABOR RELATIONS, INC. and LOCAL
32BJ – SERVICE EMPLOYEES
INTERNATIONAL UNION,
                Defendants.
-----------------------------------------------------------x

        Howard I. Rothschild, an attorney duly admitted before this court affirms as follows under the penalties of perjury:

1.      I represent Defendants A. Korenegay Senior House HDFC in this matter.

2.      The Summons with Notice, annexed as Exhibit 1, explains that this action is to vacate or modify an arbitration decision and award.  I attach that Award as Exhibit 2.

3.      The Award shows that Victor Delgado's employment was governed by a collective bargaining agreement between SEIU Local 32BJ and the Realty Advisory Board on Labor Relations, Inc., known as the 2006 Apartment Building Agreement.  I annex that collective bargaining agreement as Exhibit 3.

4.      I attach the Amended Complaint as Exhibit 4.

5.      A. Korenegay Senior House HDFC respectfully prays that the Court dismiss the complaint in its entirety with respect to the claims against them and award them their attorney's fees, costs and disbursements and such other and further relief as to the Court seems just and proper.

Dated: New York, New York
       November 26, 2007

                                        Howard I. Rothschild (6008)
                                        Attorney for Defendants A. Korenegay Senior
                                        House HDFC292 Madison Avenue
                                        New York, New York 10017
                                        Tel.:    (212) 889-4100

To:   Marino & Veneziano
      Attorneys for Plaintiff
      163 West 71 Street
      New York, New York 10023
      (212) 873-7297

      Lyle D. Rowen, Esq.
      Associate General Counsel,
        SEIU, Local 32BJ
      101 Avenue of the Americas, 19th Floor
      New York, New York 10013
      (212) 388-3452

2