SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 071104726
Date purchased 7/30/07

Victor Delgado

Plaintiff(s) designate(s)
New York
County as the place of trial.
Plaintiff's Residence
The basis of the venue is

Plaintiff(s)

against

1-A. Korenegay Senior House HDFC
c/o Prestige Management Inc.
2-Realty Advisory Board on Labor Relations, Inc.
3-Local 32BJ - Service Employees International Union

Defendant(s)

**Summons with Notice**

Plaintiff(s) reside(s) at
2101 Lexington Ave.

County of New York

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within      days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, July 10, 2007

Marino & Veneziano
Attorney(s) for Plaintiff
Victor Delgado
Office and Post Office Address
163 West 71 Street
New York, NY 10023
(212)873-7297

Defendant's address: 3485 East Tremont Ave.
Bronx, NY 10465

7 Penn Plaza
New York, NY
Suite 301

101 Avenue of Americas
New York, NY

Notice: The nature of this action is
Action to vacate or modify the arbitration decision & award.

The relief sought is
To vacate or modify the arbitration decision & award.

Upon your failure to appear, judgment will be taken against you by default for the sum of $          with interest from                    19       and the costs of this action.

JUL 30 2007

NOT COMPARED
WITH COPY FILE

**VICTOR DELGADO**
     Plaintiff

**COMPLAINT**

-against-

INDEX # 07 110426

1) A. Korenegay Senior House HDFC
c/o Prestige Management Inc.
2) Realty Advisory Board on Labor
Relations, Inc.
3) Local 32BJ - Service Employees
International Union

  Plaintiff by his attorneys Marino & Veneziano, Esqs. 163 West 71st Street, New York, NY 10023 allege as follows:

1. That Victor Delgado is a resident of New York City.

2. That the defendants are all residences and or have their place of business in the County of New York, State of New York.

3. On or about May 4, 2007 an opinion and award was rendered by the arbitrator on behalf of the employer and against Victor Delgado, employee. A copy of the opinion and ward is attached.

4. We are submitting this affirmation in support of our action to vacate or modify the arbitrators opinion and award.

5. I am the attorney for Victor Delgado was present at the arbitrators office on the date of the hearing. I advised all parties that I was the attorney for Victor Delgado and I was substituting the former attorney.

  Pursuant to the union rules, I was entitled to an automatic adjournment of the arbitration hearing and I requested such an adjournment. My request for an adjournment was the 1st request for an adjournment of the arbitration hearing. My request was denied. I spoke to the attorney for the union and I requested that the arbitration be adjourned and that our firm be allowed to represent Victor Delgado individually or as co-counsel with the union's attorney. My request was denied.

I subsequently requested that the arbitration hearing be stayed so that Victor Delgado can present additional evidence which may affect the outcome of this case and/or that the pending matter be stayed until there is a decision by the Human Rights Commission on a similar matter pending before the Human Rights Commission.

The evidence that we were prevented from presenting to the arbitration was documentation that Victor Delgado was an excellent employee and that his firing was retaliation for the correct actions of Victor Delgado.

6. The arbitrators decision and award resulted in Victor Delgado in the termination of Victor Delgado's employment and that he was entitled to severance pay. The amount of severance pay was not determined.

Wherefore, it is respectfully requested that the arbitrators decision and award be vacated or modified to the extent that additional time be granted to Victor Delgado vacate the premises and that a substantial amount be granted to Victor Delgado for severance pay plus attorney fees and moving expenses.

Dated: New York, New York
July 25, 2007

Respectfully,

_____
Amelio P. Marino

Marino 7 Veneziano
163 West 71st Street
New York, NY 10023
(212) 873-7297

STATE OF NEW YORK, COUNTY OF _____ ss..:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney** — certify that the within

has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** — state that I am

the attorney(s) of record for _____ in the within

action; I have read the foregoing _____ and know the contents thereof;
the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated: _____

STATE OF NEW YORK, COUNTY OF New York ss.:

I, the undersigned, being duly sworn, depose and say: I am VICTOR DELGADO

☑ **Individual Verification** — in the action; I have read the foregoing Complaint
and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** — the _____ of _____
a _____ corporation and a party in the within action; I have read the foregoing
and know the contents thereof; and the same is true to my own knowledge,
except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on 7/28/07

AMELIO P. MARINO
Notary Public, State of New York
No. 02MA7716880
Qualified in New York County
Certificate Filed in New York County
Commission Expires June 30, 20__

VICTOR DELGADO

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

On _____ I served the within

☐ **Service By Mail** — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means** — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below

© 1995 JULIUS BLUMBERG, INC.

STATE OF NEW YORK, COUNTY OF     ss.:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney**    certify that the within

has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation**    state that I am

the attorney(s) of record for                                                   in the within

action; I have read the foregoing                        and know the contents thereof;

the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF     ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**    in the action; I have read the foregoing

and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**    the                 of

a                   corporation and a party in the within action; I have read the foregoing

and know the contents thereof; and the same is true to my own knowledge,

except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF     ss.:     (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

On                   I served the within

☐ **Service By Mail**    by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual**    by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein;*

☐ **Service by Electronic Means**    by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service**    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

## MARINO & VENEZIANO

*Attorney for*

*Office and Post Office Address, Telephone*
163 WEST 71ST STREET
BOROUGH OF MANHATTAN, NEW YORK CITY 10023
(212) 873-7297
(212) 873-7298

| | |
|---|---|
| To | Signature (Rule 130-1.1-a) |
| | ................................................................ |
| | Print name beneath |
| Attorney(s) for | |

Service of a copy of the within                                    is hereby admitted.

Dated,

................................................................
Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order          of which the within is a true copy will be presented for
settlement to the HON.                                         one of the judges
of the within named court, at
on                          at                    M

Dated,
                                                    Yours, etc.

## MARINO & VENEZIANO
*Attorney for*

*Office and Post Office Address*
163 WEST 71ST STREET
BOROUGH OF MANHATTAN, NEW YORK CITY 10023
(212) 873-7297

To

Attorney(s) for