SENIOR CITIZEN WHO LIVE AT 2101 LEXINGTON AVENUE, NEW YORK CITY.

We the Senior Citizen and the tenants of the building at the above address do not want Mr. Victor Delgado, the superintendent, to be suspended, removed, or terminated from this building. To us Mr. Delgado is a wonderful, respectful, and trustworthy person. He helps us with the issues and repairs in our apartments, and he is always willing to receive our packages if we ask him to do it. We have offered tips to Mr. Delgado, but he always refuses to accept anything. He keeps the building in excellent and sanitary conditions. He does a great job doing the maintenance and repairs in the building. Mr. Delgado have never entered into our apartments without our consent. We are signing this petition in behalf of Mr. Victor Delgado.

Las personas que vivimos en es edificio localizado en la direccion escrita arriba no queremos que el Sr. Victor Delgado, el superintendent, sea suspendido, removedo, or dejado fuera del trabajo. El Sr. Delgado es una persona muy buena, respetuosa, en quien podemos confiar. El siempre nos ayuda en los problemas que tenemos en nuestro apartamentos y tambien siempre arregla todas las cosas que estan malas en el apartamento. El tambien recibe nuestros paquetes cuando se lo pedimos. El Sr. Delgado mantiene el edificio en excelente y sanitarias condiciones. El nunca acepta nada que tratemos de ofrecerle por su trabajo. El Sr. Delgado hace muy buen trabajo manteniendo el edificio limpio y reparando todo lo que necesita ser reparado. Estamos esta petición a favor de el Sr. Victor Delgado.

*[Signatures:]*
- Rafael Gonzalez 6F
- Carmen [illegible]
- [illegible]
- [illegible] Garcia
- Margarita Baiza
- Miriam Rodriguez
- [illegible]
- Peter Rodriguez
- Pedro Batista 5C

January 29, 2007

SENIOR CITIZEN WHO LIVE AT 2101 LEXINGTON AVENUE, NEW YORK CITY

We the Senior Citizen and the tenants of the building at the above address do not want Mr. Victor Delgado. the superintendent, to be suspended, removed, or terminated from this building. To us Mr. Delgado is a wonderful, respectful, and trustworthy person. He helps us with the issues and repairs in our apartments, and he is always willing to receive our packages if we ask him to do it. We have offered tips to Mr. Delgado, but he always refuses to accept anything. He keeps the building in excellent and sanitary conditions. He does a great job doing the maintenance and repairs in the building. Mr. Delgado have never entered into our apartments without our consent. We are signing this petition in behalf of Mr. Victor Delgado.

Las personas que vivimos en es edificio localizado en la direccion escrita arriba no queremos que el Sr. Victor Delgado, el superintendent, sea suspendido, removedo, or dejado fuera del trabajo. El Sr. Delgado es una persona muy buena, respetuosa, en quien podemos confiar. El siempre nos ayuda en los problemas que tenemos en nuestro apartamentos y tambien siempre arregla todas las cosas que estan malas en el apartamento. El tambien recibe nuestros paquetes cuando se lo pedimos. El Sr. Delgado mantiene el edificio en excelente y sanitarias condiciones. El nunca acepta nada que tratemos de ofrecerle por su trabajo. El Sr. Delgado hace muy buen trabajo manteniendo el edificio limpio y reparando todo lo que necesita ser reparado. Estamos esta petición a favor de el Sr. Victor Delgado.

[Signatures:]

- 3 → Mr. and Mrs. Allen Chalif caregivers for Annie Stroman — Annie Stroman
- Panchita Flores 2C
- Trutino Tejada 2C
- Awilda Rosado 2L
- Martha Salazar 2L
- Robert Bennett 2H
- Adelaida Velazquez 5L
- Enny Morquez 4B
- Amelio Morquez 4B
- Julia Perez 1B
- Cristina Perez 1B
- Annie Lugo 1B
- Ana Barcoda 1B
- Jesus Hernandez 1D
- Tomas _ 8E
- Alzidea Silva 8E
- Domingo S Morales 8K
- Preston Doule 7J
- Rosanna Oclair 7K
- Lucy Vega 7G
- Mei Nu You 7A
- Guo Wei 7H
- He Ai Zhen 6D
- Tan Huan Rong 8F
- Lin, Chi Chean 6E
- Jule Vela 6A
- Frances Escolar 6J
- Dany Rend # 6I

January 29, 2007

SENIOR CITIZEN WHO LIVE AT 2101 LEXINGTON AVENUE, NEW YORK CITY

We the Senior Citizen and the tenants of the building at the above address do not want Mr. Victor Delgado, the superintendent, to be suspended, removed, or terminated from this building. To us Mr. Delgado is a wonderful, respectful, and trustworthy person. He helps us with the issues and repairs in our apartments, and he is always willing to receive our packages if we ask him to do it. We have offered tips to Mr. Delgado, but he always refuses to accept anything. He keeps the building in excellent and sanitary conditions. He does a great job doing the maintenance and repairs in the building. Mr. Delgado have never entered into our apartments without our consent. We are signing this petition in behalf of Mr. Victor Delgado.

Las personas que vivimos en es edificio localizado en la direccion escrita arriba no queremos que el Sr. Victor Delgado, el superintendent, sea suspendido, removedo, or dejado fuera del trabajo. El Sr. Delgado es una persona muy buena, respetuosa, en quien podemos confiar. El siempre nos ayuda en los problemas que tenemos en nuestro apartamentos y tambien siempre arregla todas las cosas que estan malas en el apartamento. El tambien recibe nuestros paquetes cuando se lo pedimos. El Sr. Delgado mantiene el edificio en excelente y sanitarias condiciones. El nunca acepta nada que tratemos de ofrecerle por su trabajo. El Sr. Delgado hace muy buen trabajo manteniendo el edificio limpio y reparando todo lo que necesita ser reparado. Estamos esta petición a favor de el Sr. Victor Delgado.

*[signatures of tenants, illegible]*

EXHIBIT IV

SENIOR CITIZEN WHO LIVE AT 2101 LEXINGTON AVENUE, NEW YORK CITY.

    We the Senior Citizen and the tenants of the building at the above address do not want Mr. Victor Delgado, the superintendent, to be suspended, removed, or terminated from this building. To us Mr. Delgado is a wonderful, respectful, and trustworthy person. He helps us with the issues and repairs in our apartments, and he is always willing to receive our packages if we ask him to do it. We have offered tips to Mr. Delgado, but he always refuses to accept anything. He keeps the building in excellent and sanitary conditions. He does a great job doing the maintenance and repairs in the building. Mr. Delgado have never entered into our apartments without our consent. We are signing this petition in behalf of Mr. Victor Delgado.

    Las personas que vivimos en es edificio localizado en la direccion escrita arriba no queremos que el Sr. Victor Delgado, el superintendent, sea suspendido, removedo, or dejado fuera del trabajo. El Sr. Delgado es una persona muy buena, respetuosa, en quien podemos confiar. El siempre nos ayuda en los problemas que tenemos en nuestro apartamentos y tambien siempre arregla todas las cosas que estan malas en el apartamento. El tambien recibe nuestros paquetes cuando se lo pedimos. El Sr. Delgado mantiene el edificio en excelente y sanitarias condiciones. El nunca acepta nada que tratemos de ofrecerle por su trabajo. El Sr. Delgado hace muy buen trabajo manteniendo el edificio limpio y reparando todo lo que necesita ser reparado. Estamos esta petición a favor de el Sr. Victor Delgado.

*Rafael Gonzalez* 6F
*Carmen [illegible]*
*[illegible]*
*J. Garcia*
*Margarita Baiga*
*Miriam Rodriguez*
*[illegible]*
*Peter Rodriguez*
*Pedro Batista* 5C



# Honorable Discharge from the United States Marine Corps

FIDELI CERTA MERCES

from the Armed Forces of the United States of America

This is to certify that

CORPORAL VICTOR DELGADO 133 40 4174

was Honorably Discharged from the United States Marine Corps on the 31st day of March 1970 as a testimonial of Honest and Faithful Service. This certificate is awarded as a testimonial of Honest and Faithful Service.

R. D. BURNETTE, LTCOL, USMC

EXHIBIT V

January 20, 2007

To whom it may concern;

On January 6th and January 7th, 2007, Miss. R. Kitture's daughter and family were moving Miss Kitture's furniture and other property out of the apartment. Miss. R. Kitture passed away. Miss Kitture's daughter did not inform Miss Davis (the building manager) nor myself, (Superintendent), that she was moving her mother's belongings and property out of the apartment.

On January 6th and 7th when the move was being done, they damaged the floors, walls and hallways as well as the elevator walls., with scrapings. I observed the damages done that weekend. On January 8th, 2007, that Monday, when Miss Davis came in, I showed her the damages done and explained to her what had happened regarding the unauthorized incident created by the move that Miss RA Kitture's daughter and family did.

Miss Davis explained to me that she spoke to Mrs. Kitture's daughter regarding the unauthorized move and damages. Miss Davis made it perfectly clear to me that she was going to deduct the damages from the security and this was never done. Miss Davis instructed me that Mrs. Kitture's daughter was to finish moving from the apartment on January 12th, 2007, Friday. She also instructed me to put in the elevator paddings and to observe the move. Miss Davis also stated that her and I had to go into the apartment, access the apartment to have it clean. She instructed me that once the move was completed for me to clean it up. This is exactly what I did. I went into the apartment with Milton the porter. We cleaned and removed what was left inside the apartment.

On January 15th, (Martin Luther king's birthday) was my day off. the plummers came to fix a heating problem in the Social Workers office. Also, both elevators went out of service. I had two leaks in apartments and I installed a towel rack in one apartment. I also stripped and waxed the lobby that day. It is my responsibility as the superintendent of the building to attend to these emergency issues, even if it's my day off. That is part of my responsibility. On that Monday, January 15th, I went to apartment 6H to Mrs. Kiture's apartment to see the conditions the apartment was left in. According to what I understood from Miss Davis, as to remove all items and clean up the apartment.

When Mrs. Kitture's daughter came back that same day, she confronted me and stated to me that she came to remove the rest of her property. I explained to Mrs. Kitture's daughter that I removed the big black garbage bag that she had left in the apartment as well as other items and I put them outside. According to what I was instructed to do by Miss Davis. Mrs. Kitture's daughter said to both Miss Davis and myself that she was giving her property to the Salvation Army and that the rest was garbage.

I went outside and I returned her property, I gave it to Mrs. Kiture's daughter. Also, when Mrs. Kitture's daughter came back, I showed her the rest of her property that pertained to her. She stated she was coming back for it, but never did. Instead, she accussed me of stealing her property. I was devastated, I am not a thief. Again she stated (Mrs. kitture's daughter) that she was going to donate the property to the Salvation Army, and also that the rest was garbage. Items that were left were old, dirty clothing and a microwave that was all greasy and dirty. I am not one to jeapordize my job for this worthless garbage. I resent and I've been offended by Mr. Wilson the President of Prestige Management and Mrs. Kitture's daughter for being called a thief. I am very hurt over these false statements. I am a very respectful, decent and mature man.

EXHIBIT VI

Mr. Wilson also questioned why were the master keys in my possession, I explained to him that Miss Davis gave them to me in the event of any emergencies regarding the tenants. Mr. Wilson called Miss Davis and asked why the master keys were not left in her office, and Miss Davis answered him, she had changed her cylinder, insinuating that I was taking things from her office. This is totaly a false accusation. If Miss Davis had these issues, why was I never informed. I work very hard and I have been falsely accused.

                                                            Thank you, Sincerly yours truly,

                                                            Mr. Victor Delgado
                                                            Superintedent of A. Konegay Senior Hsg.

101 Lexington Ave. #1F
New York NY 10035
Cell: 646-246-5298

# VICTOR DELGADO

| | | |
|---|---|---|
| 2005-Present | Prestige Management<br>Site: Alice Kornegay Senior Housing (NYC) | Bronx, NY 10461 |

Superintendent of 89 Units, on call 24 hours
Responsibilities include: supervise porter, maintain repairs, maintain safety/sanitary conditions including Laundry Room, Landscaping, manage compactor, recycle garbage, stripping/buffing/waxing 9 floors, set-up/clean-up when program activities in community room, Replenish supplies, contact/supervise different contractors. Also decorate for holidays.

| | | |
|---|---|---|
| 1986 – 2005 | Harem Realty Corporation | Bayside, NY  11360 |

Superintendent of 50 Units, on call 24 hours
Responsibilities included: Supervise handyman, #4 boiler, plumbing, electrical, carpentry, plastering, masonry, sheet-rock, taping door locks, floor tiles, manage garbage compactor, separate and recycle garbage and all general maintenance repairs with attention to details. Collect rents and replenish supplies. Wash and hose front of building and maintain sanitary conditions throughout building premises. Monitor surveillance camera. Have own power/hand tools.

. We also decorate front of building and lobby for all holidays.

| | | |
|---|---|---|
| 1985 – 1986 | Realty Corporation | Brooklyn, NY |

Superintendent of 106 Units plus 4 commercial stores
Responsibilities included: Supervise porters, handyman. Supervised building contractors, garbage compactors, elevators and 6 boilers. Performed all maintenance repairs of building. Maintained security safety and sanitary conditions of building.

| | | |
|---|---|---|
| 1979 – 1984 | Pelican Management | NY, NY |

Superintendent Assistant with 600 Units plus 1 commercial store.
Responsibilities included: Assist in supervision of porters, handymen and doormen. Assist in security safety and sanitary conditions of buildings. Acting superintendent – covered vacation and scheduled time. Did not live on premises, Emergency on call 24 hours (as necessary).

| | |
|---|---|
| MILITARY | U.S. Marine Corp – Honorable Discharge<br>Vietnam Veteran, Served 18 months<br>New York State Driver's License |

*Exhibit VII*

17 Van Siclen Ave., Apt. B3  
Brooklyn, New York 11207  
Cell # (646) 246-5298

**VICTOR DELGADO**

---

| | | |
|---|---|---|
| **EXPERIENCES** | 1986 - Present<br>Harem Realty Corporation | Bayside, NY 11360 |

Superintendent of 50 Units, on call 24 hours

Responsibility included: Supervise handy, #4 boiler, plumbing, electrical, carpentry, plastering, masonry, sheet-rock, taping door locks, floor tiles, manage garbage compactor, separate and recycle garbage and all general maintenance repairs with attention to details. Collect rents and replenish supplies. Wash and hose front of building and maintain sanitary conditions throughout building premises. Monitor surveillance camera. Have own power/hand tools.

My wife and I decorate front of building and lobby for all holidays.

1985 - 1986  
Realty Corporation          Brooklyn, NY

Superintendent of 106 Units plus 4 commercial stores

Responsibility included: Supervise porters, handymen, Supervised building contractors, garbage compactors, elevators and 6 boilers. Performed all maintenance repairs of building. Maintained security safety and sanitary conditions of building.

1979 - 1984  
Pelican Management          New York, NY

Superintendent Assistant with 600 Units plus 1 commercial store.

Responsibility Included: Assist in supervision of porters, handymen and doormen. Assist in security safety and

Sanitary conditions of buildings.  
Acting superintendent - covered vacation and scheduled time. Did not live on premises, on call 2 hours Emergency (if necessary).

**MILITARY**      U.S. Marine Corp - Honorable Discharge  
Vietnam Veteran, Served 18 months

**EDUCATION**   1968   Fort Hamilton High School Brooklyn, NY  
H.S. Diploma  
Major: Business English and Commercial Arts.  
New York State Driver's License

*Pelican Management*
*330 West 58th Street*
*New York, N.Y. 10019*
*Telephone: 757-5150*

March 5, 1985

To whom it may concern:

This is to inform you that Mr. Victor Delgado, was employed by our company from 1/79 to 12/85.

His position with our company were as a super and his duties were to assist the superintendent in all phrases of work. The reason for his termination were due to company cut-backs.

I personally recommend Mr. Delgado for any position available, he is a good worker, trustworthy, responsible and **very** reliable.

If you have any questions please don't hesitate to call.

very truly yours,

Jose Vasquez
Maintenance Supervisor

|   | Certification By Attorney | I, the undersigned, an attorney admitted to practice in the courts of New York State, certify that the within has been compared by me with the original and found to be a true and complete copy. |
|---|---|---|
|   | Attorney's Affirmation | state that I am the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by |

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:
STATE OF NEW YORK, COUNTY OF _New York_ ss.:

|   | Individual Verification | I, the undersigned, being duly sworn, depose and say: I am _PLAINTIFF_ in the action; I have read the foregoing _AMENDED COMPLAIN_ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. |
|---|---|---|
|   | Corporate Verification | the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof. |

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Dated
11/3/07
Sworn to before me on

AMELIO P. MARINO
Notary Public, State of New York
No. 02MA7716880
Qualified in New York County
Certificate Filed in New York County
Commission Expires June 30, 20__

_Victor Delgado_
The name signed must be printed beneath
VICTOR DELGADO

STATE OF NEW YORK, COUNTY OF _New York_ ss.:  (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at _9/63 W. 71 st, NY_
_affirm Amelio P. Marino, Esq._                                                                                                      _10023_
On _____ I served the within _Amended Complaint_

|   | By Mail | by mailing a copy to each of the following persons at the last known address set forth after each name below. |
|---|---|---|
|   | Personal Service on Individual | by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*: |
|   | Service by Electronic Means | by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name. |
|   | Overnight Delivery Service | by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below. |

(1) Zyle D. Romen, Esq.
Associate General Counsel
SEIU Local 32BJ
101 Avenue of the Americas - 19 floor
New York, NY 10013

(2) Clifton Budd & Maria, LLP
420 Lexington Avenue
New York, NY 10170-0089
attn: Robert A. Sparer, Esq.

Sworn to before me on
11/5/07

_Amelio P. Marino_
AMELIO P. MARINO

| Index No. | Year | RJI No. | Hon. |
|---|---|---|---|

## MARINO & VENEZIANO
*Attorney for*

*Office and Post Office Address, Telephone*
163 WEST 71ST STREET
BOROUGH OF MANHATTAN, NEW YORK CITY 10023
(212) 873-7297
(212) 873-7298

To

Attorney(s) for

Signature (Rule 130-1.1-a)

..................................................
Print name beneath

Service of a copy of the within                                      is hereby admitted.

Dated,

..................................................
Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order                                          of which the within is a true copy will be presented for
settlement to the HON.                                                                   one of the judges
of the within named court, at
on                                        at                       M

Dated,

Yours, etc.

## MARINO & VENEZIANO
*Attorney for*

To

Office and Post Office Address
163 WEST 71ST STREET
BOROUGH OF MANHATTAN, NEW YORK CITY 10023
(212) 873-7297
(212) 873-7298

Attorney(s) for

1501-DISTRIBUTED BY BlumbergExcelsior Inc., NYC 10013