UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR DELGADO,

              Plaintiff,

    v.

A. KORENEGAY SENIOR HOUSE HDFC,
C/O PRESTIGE MANAGEMENT INC. AND
LOCAL 32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION,

              Defendants.
------------------------------------------------------------------X

07 CV 7761 (DC)

ECF Case

NOTICE OF RULE 12(b)(6)
MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Defendant Local 32BJ's Motion to Dismiss, and all pleadings and other documents heretofore submitted, Defendant Local 32BJ, SEIU, by and through its attorneys, shall at a date and time set by this Court, move for an Order, pursuant to Rule12 (b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Amended Complaint.

Dated: New York, New York
       December 7, 2007

Respectfully submitted:

Office of the General Counsel
SEIU, Local 32BJ

By: _____
    Lyle D. Rowen (LR 6220)

Associate General Counsel
SEIU, Local 32BJ
101 Avenue of the Americas, 19th Floor
New York, NY 10013
212-388-3452 (telephone)
212-388-2062 (facsimile)

Attorneys for Defendant Local 32BJ

To:  Amelio P. Marino, Esq.
Marino & Veneziano
163 West 71st Street
New York, NY 10023
[VIA OVERNIGHT DELIVERY]

Robert A. Sparer, Esq.
Clifton, Budd & DeMaria, LLP
420 Lexington Avenue
New York, NY 10170
[VIA OVERNIGHT DELIVERY]

Howard Rothschild, Esq.
Realty Advisory Board on Labor Relations, Inc.
292 Madison Avenue
New York, NY 10017
[VIA OVERNIGHT DELIVERY]