UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR DELGADO,

               Plaintiff,

     v.                                                  **AFFIDAVIT OF SERVICE**

A. KORENEGAY SENIOR HOUSE HDFC,                ECF Case
C/O PRESTIGE MANAGEMENT INC., REALTY       07 CV 7761 (DC)
ADVISORY BOARD ON LABOR RELATIONS,
LOCAL 32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION,

               Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

      I, the undersigned, being sworn, depose and say:

      I am not a party to the action, am over 18 years of age and reside in Richmond County.

      On December 7, 2007 I served the within Defendant SEIU, Local 32BJ's Notice of Rule 12 (b)(6) Motion to Dismiss and Memorandum of Law in Support of Defendant's SEIU Local 32BJ's Rule 12 (b)(6) Motion to Dismiss by depositing a true copy thereof in an official depository under the exclusive care and custody of United Parcel Service for overnight delivery, addressed to each of the following persons at the last known address set forth after each name:

To:    Amelio P. Marino, Esq.
        Marino & Veneziano
        163 West 71st Street
        New York, NY 10023

        Howard Rothschild, Esq.
        Realty Advisory Board on Labor Relations, Inc.
        292 Madison Avenue
        New York, NY 10017

Robert A. Sparer, Esq.
Clifton, Budd & DeMaria, LLP
420 Lexington Avenue
New York, NY 10170

_____
Melissa Beyer

Sworn to before me this
7th day of December 2007

_____
Notary Public

LYLE D. ROWEN
Notary Public State of New York
No. 02RO6118383
Qualified in New York County
Commission Expires November 8, 20 08