## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

        ELAINE COBOS, deposes and says:

        I am not a party of the action, I am over 18 years of age, and I reside in Forest Hills, New York.

        On December 7, 2007 I served the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS A. KORENEGAY SENIOR HOUSE HDFC'S MOTION TO DISSMISS THE COMPLAINT,** Docket No. 07-CV-7761 upon:

| | |
|---|---|
| Marino & Veneziano | Lyle D. Rowen, Esq. |
| 163 West 71st Street | Associate General Counsel |
| New York, New York  10023 | SEIU, Local 32BJ |
| | 101 Avenue of the Americas, 19th Floor |
| | New York, New York  10013 |

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

                                                              ELAINE COBOS

Sworn to before me this
7th day of December, 2007.

_____
Notary Public

DIANE M. PIETRASZEWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02PI6149088
Qualified in Queens County
My Commission Expires July 03, 2010

gfb/forms – AOS –A. Korenegay Senior House HDFC's – 12-07-07

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

ELAINE COBOS, deposes and says:

I am not a party of the action, I am over 18 years of age, and I reside in Forest Hills, New York.

On December 7, 2007 I served the within **DEFENDANT A. KORENEGAY SENIOR HOUSE HDFC'S NOTICE OF MOTION TO DISMISS,** Docket No. 07-CV-7761 upon:

| | |
|---|---|
| Marino & Veneziano | Lyle D. Rowen, Esq. |
| 163 West 71st Street | Associate General Counsel |
| New York, New York 10023 | SEIU, Local 32BJ |
| | 101 Avenue of the Americas, 19th Floor |
| | New York, New York 10013 |

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

_____
ELAINE COBOS

Sworn to before me this
7th day of December, 2007.

_____
Notary Public

DIANE M. PIETRASZEWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02PI6149088
Qualified in Queens County
My Commission Expires July 03, 2010

gfb/forms – AOS – A. Korenegay Senior House HDFC's – 12-07-07

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                      : ss.
COUNTY OF NEW YORK    )

ELAINE COBOS, deposes and says:

I am not a party of the action, I am over 18 years of age, and I reside in Forest Hills, New York.

On December 7, 2007 I served the within **AFFIDAVIT IN SUPPORT OF NOTICE OF MOTION TO DISMISS**, Docket No. 07-CV-7761 upon:

| | |
|---|---|
| Marino & Veneziano | Lyle D. Rowen, Esq. |
| 163 West 71st Street | Associate General Counsel |
| New York, New York 10023 | SEIU, Local 32BJ |
| | 101 Avenue of the Americas, 19th Floor |
| | New York, New York 10013 |

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

_____
ELAINE COBOS

Sworn to before me this
7th day of December, 2007.

_____
Notary Public

gfb/forms – AOS –A. Korenegay Senior House HDFC's – 12-07-07

DIANE M. PIETRASZEWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02PI6149088
Qualified In Queens County
My Commission Expires July 03, 2010