**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

VICTOR DELGADO,

           Plaintiff,

-against-

A. KORENEGAY SENIOR HOUSE HDFC c/o
PRESTIGE MANAGEMENT INC., and LOCAL
32BJ, SERVICE EMPLOYEES INTERNATIONAL
UNION,

           Defendants.
------------------------------------------------------------X

07 CIVIL 7761 (DC)

**JUDGMENT**

      Defendants having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on March 21, 2008, having rendered its Memorandum Decision granting defendants' motions to dismiss and dismissing the amended complaint, with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated March 21, 2008, defendants' motions to dismiss are granted and the amended complaint is dismissed, with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 24, 2008

                                               **J. MICHAEL McMAHON**
                                                  **Clerk of Court**

        BY:
                                                    **Deputy Clerk**

                                        **THIS DOCUMENT WAS ENTERED**
                                        **ON THE DOCKET ON** _____